Haines Meyer, SBN 020890
*Meyer Law, P.C.*
1425 W. Elliot Rd., Suite 105
Gilbert, AZ 85233
Tel. (480) 518-0154
Fax (480) 284-5579
help@arizonabankruptcyhelp.com
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CHRISTINE MASON,<br><br>Debtor(s). | Case No.: 4:17-bk-02341-BMW<br><br>In Proceedings Under Chapter 13<br><br>**EXPEDITED MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY** |

COMES NOW, the Debtor(s), Christine Mason, by and through the undersigned counsel, and hereby respectfully asks the Chapter 13 Trustee, Dianne Kerns, and Judge Brenda Whinery to authorize the sale of his real property.

1. The Debtor filed their voluntary Chapter 13 petition on March 14, 2017.
2. The Debtor wishes to sell the property located at 36354 N. Vidlak Drive San Tan Valley, AZ 85143. However, the Court Order approving the sale is needed in order to close escrow. A copy of purchase agreement is attached as Exhibit "A".
3. The Debtor will receive proceeds from the sale. According to the estimated settlement agreement, Debtor will potentially net $124,375.00.
4. The sale is an arm's length transaction. The buyer is not related to and is not acquainted with the buyer.
5. The Debtor has a buyer for the property, Theresa Hill and Carrie Melnick. A

1

MEYER LAW, P.C.
ATTORNEYS AT LAW
1425 W. ELLIOT ROAD
SUITE 105
GILBERT, ARIZONA 85233

Case 4:17-bk-02341-BMW    Doc 65    Filed 01/25/21    Entered 01/25/21 10:30:55    Desc
Main Document    Page 1 of 3

closing date will be set pending the Court approval.

WHEREFORE, the Debtor respectfully requests that this Court authorize the sale of the property located at 36354 N. Vidlak Drive San Tan Valley, AZ 85143, to prevent further hardship and prevent the buyer from losing interest.

Respectfully submitted this 25th day of January, 2021.

**MEYER LAW, P.C.**

/s/ Haines Meyer 020890

HAINES MEYER, ESQ.
1425 W. Elliot Road, Suite 105
Gilbert, AZ 85233
Attorney for Debtor(s)/Movant(s)

## **CERTIFICATE OF SERVICE**

I, Haines Meyer, further certify that a copy of the Expedited Motion for Authorization to Sell Real Property was mailed via first-class mail today, January 25, 2021, to the addresses listed below:

DATED this 25th day of January, 2021.

**MEYER LAW, P.C.**

/s/ Haines Meyer 020890

HAINES MEYER, ESQ.
1425 W. Elliot Road, Suite 105
Gilbert, AZ 85233
Attorney for Debtor(s)/Movant(s)

///

*U.S. Trustee:*

2

MEYER LAW, P.C.
ATTORNEYS AT LAW
1425 W. ELLIOT ROAD
SUITE 105
GILBERT, ARIZONA 85233

| | |
|---|---|
| 1 | Office of the U.S. Trustee<br>230 N First Ave, Ste 204<br>Phoenix AZ 85003 |
| 2 | |
| 3 | *Chapter 13 Trustee*:<br>Dianne Kerns |
| 4 | 31 North 6th Avenue, Suite 105-152<br>Tucson, AZ 85701 |
| 5 | |
| 6 | *Debtor(s):*<br>Christine Mason |
| 7 | 36354 N. Vidlak Drive<br>San Tan Valley, AZ 85143 |

MEYER LAW, P.C.

/s/ Haines Meyer

Haines Meyer, Esq.

Arizona State Bar No.: 020890

1425 W. Elliot Rd., Suite 105

Gilbert, AZ 85233

Tel. (480) 518-0154

Fax (480) 284-5579

Attorney for Debtor(s)/Movant(s)

MEYER LAW, P.C.
ATTORNEYS AT LAW
1425 W. ELLIOT ROAD
SUITE 105
GILBERT, ARIZONA 85233